# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GARY ARDEN,

        Plaintiff,

        vs.

FRANK KASTELL, LINARD DAVIS,
AIRPORT TRAVEL AGENCY, INC., ALLA
SERDYUCHENKO, RON BRIGHAM,
SMARTE CARTE, INC., and Does 1 - 10

        Defendants.

Case No.: 3:10-CV-00436 JL

[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT DEADLINES

Pursuant to the stipulation of the parties and their counsel, the Case Management

Deadlines for this case are continued as set forth below:

| Case Management Event | Current Date | New Date |
|---|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 4/21/2010 | 5/28/2010 |
| File ADR Certification signed by Parties and Counsel | 4/21/2010 | 5/28/2010 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 4/21/2010 | 5/28/2010 |
| File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 5/5/2010 | 6/16/2010 |
| Initial Case Management Conference in Courtroom F, 15th Floor, San Francisco | 10:30 A.M. 5/12/2010 | 10:30 A.M. 6/23/2010 |

1      IT IS SO ORDERED.

2  Dated: April __20__, 2010

3

4                       James Larson, U.S. Magistrate Judge

5

6

7  Submitted by:

8

9

10  CHARLES CARREON, ESQ.

11  2165 S. Avenida Planeta
Tucson, Arizona 85710

12  Tel: 520-841-0835
Email: chas@charlescarreon.com

13  Attorney for Plaintiff Gary Arden

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE 2 OF ORDER CONTINUING CASE MANAGEMENT DEADLINES