## CIVIL MINUTES

**Magistrate Judge James Larson**         **Tape No. 10-57 - 11:01**
                                          **4 minutes**

Date: **June 23, 2010**

Case No: **C-10-0436 JL**

Case Name: **ARDEN v. KASTELL**

| | |
|---|---|
| Plaintiff Attorney(s): | Daniel Berko |
| Defendant Attorney(s): | Constance Norton and Dalene Bramer for Smarte, Serdyuchenko, Brigham |
| | David Levy for Sheriff Kastell |
| | Marc Seidenfeld for Davis & Airport Travel |

Deputy Clerk: **Frank Justiliano**

**PROCEEDINGS:**                                   **RULING:**
1.

2.

     [**X** ]Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**

**Case referred to ADR Unit for ENE by mid September.**

The Court adopts the discovery plan and schedule for litigation as outlined in the joint cmc statement.  No trial date set at this time.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 9/29/10 at 10:30 a.m.  for Further Case Management Conference.  Joint updated statement due by 9/27/10.   Parties to discuss filing of summary judgment motion at that time.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| Discovery cutoff: | **12/03/10** |
| Expert disclosure: | **01/07/11** |
| Expert discovery cutoff: | **03/11/11** |
| Motions hearing date: | **05/18/11** |
| Pretrial Conference: | |
| Trial: at , set for  days. | |
|        [ ] Jury  [ ]  Court | |

Notes:

cc:  Venice, Kathleen

Civmin.frm