UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| GARY ARDEN,<br>        Plaintiff, | No. C 10-0436 JL |
| v. | **ORDER DENYING REQUEST FOR DEFENDANT'S INSURER REPRESENTATIVE TO ATTEND THE ENE TELEPHONICALLY** |
| SMARTE CARTE, et al.,<br>        Defendants. | |
| _____/ | |
| | Date:      September 15, 2010<br>Evaluator:  Randolph Hall |

IT IS HEREBY ORDERED that the request for defendant Smarte Carte's insurer representative, Thomas Lookstein, to be excused from personally attending the September 15, 2010 ENE session before Randolph Hall is GRANTED. Mr. Lookstein shall be available by telephone at all times to participate in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

September 3, 2010      By:      *Elizabeth D. Laporte*

Dated                                             Elizabeth D. Laporte<br>                                           United States Magistrate Judge