**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| GARY ARDEN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SMARTE CARTE, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-0436 JL<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT'S INSURER REPRESENTATIVE TO ATTEND THE ENE TELEPHONICALLY**<br><br>Date:　　　September 15, 2010<br>Evaluator:　Randolph Hall |

　　　IT IS HEREBY ORDERED that the request for defendant Smarte Carte's insurer representative, Thomas Lookstein, to be excused from personally attending the September 15, 2010 ENE session before Randolph Hall is GRANTED. Mr. Lookstein shall be available by telephone at all times to participate in the ENE in accordance with ADR L.R. 5-10(f).

　　　IT IS SO ORDERED.

September 3, 2010　　　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge