|   |   |
|---|---|
| 1 | CHARLES CARREON, Bar No. 127139 |
| 2 | 2165 S. Avenida Planeta<br>Tucson, AZ 85710 |
| 3 | Telephone:    520.841.0835<br>Facsimile:      503.296.5317 |
| 4 | E-mail:  chas@charlescarreon.com |
| 5 | Attorneys for Plaintiff, GARY ARDEN |
| 6 | CONSTANCE E. NORTON, Bar No. 146365<br>DALENE R. BRAMER, Bar No. 267753 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 650 California Street, 20th Floor<br>San Francisco, CA  94108.2693 |
| 9 | Telephone:    415.433.1940<br>Email:  cnorton@littler.com; dbramer@littler.com |
| 10 | Attorneys for Defendants |
| 11 | SMARTE CARTE, INC.,<br>ALLA SERDYUCHENKO |
| 12 | AND RON BRIGHAM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY ARDEN, | Case No. 3:10-CV-00436 JL |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS SMARTE CARTE, INC., ALLA SERDYUCHENKO AND RONALD BRIGHAM  PURSUANT TO FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER** |
| v. | |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and DOES 1-10, | FIRST AMENDED COMPLAINT FILED: March 25, 2010 |
| Defendants. | TRIAL DATE:  No date set |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITH
PREJUDICE; [PROPOSED] ORDER

**CASE NO. 3:10-CV-00436 JL**

IT IS HEREBY STIPULATED by and between Plaintiff Gary Arden and Defendants Smarte Carte Inc., Alla Serdyuchenko and Ronald Brigham through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendants Smarte Carte, Inc., Alla Serdyuchenko, and Ronald Brigham pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have not filed a counterclaim. Each side shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 23, 2010  Respectfully submitted,

*/s/ Charles Carreon*
CHARLES CARREON
Attorney for Plaintiff
GARY ARDEN

Dated: December 23, 2010  Respectfully submitted,

*/s/ Constance E. Norton*
Constance E. Norton
Dalene R. Bramer
LITTLER MENDELSON
Attorneys for Defendants
SMARTE CARTE, INC.,
ALLA SERDYUCHENKO
AND RON BRIGHAM

**ORDER**

Pursuant to Federal Rule of Rule of Civil Procedure 41(a)(2), this STIPULATED DISMISSAL is entered in this Action and Defendants SMARTE CARTE, INC., ALLA SERDYUCHENKO and RON BRIGHAM are hereby DISMISSED from this Action WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: 12/29/10

MAGISTRATE UNITED STATED DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940