| | |
|---|---|
| 1 | CONSTANCE E. NORTON, Bar No. 146365 |
| 2 | DALENE R. BRAMER, Bar No. 267753<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA  94108.2693<br>Telephone:   415.433.1940 |
| 5 | Email:         cnorton@littler.com<br>                    dbramer@littler.com |
| 6 | Attorneys for Defendants |
| 7 | SMARTE CARTE, INC.,<br>ALLA SERDYUCHENKO |
| 8 | AND RON BRIGHAM |

**IT IS SO ORDERED**
*/s/ James Larson*
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARDEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.  3:10-CV-00436 JL<br><br>**REQUEST TO REMOVE ATTORNEYS FROM SERVICE LIST** |

Defendants Smarte Carte, Inc., Alla Serdyuchenko and Ron Brigham, having been dismissed from the case titled *Arden v. Kastell, et al.*, request to have their attorneys of record, Constance E. Norton and Dalene R. Bramer removed from the service list of said matter.

Dated: January 13, 2011

　　　　　　　　　　　　　　　*/s/Constance E. Norton*
　　　　　　　　　　　　　　　CONSTANCE E. NORTON
　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　SMARTE CARTE, INC., ALLA
　　　　　　　　　　　　　　　SERDYUCHENKO AND RON BRIGHAM

Firmwide:99618339.1 061095.1006

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**REQUEST TO REMOVE ATTORNEYS FROM SERVICE LIST**　　　　　　　　　　**CASE NO. 3:10-CV-00436 JL**