UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ARDEN,

           Plaintiff(s),                          No. 10-00436 JL

     v.                                    CLERK'S NOTICE

FRANK KASTELL, et al.,

           Defendant(s).

_____/

     TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT  the Case Management Conference previously set for April 27, 2011 has

been **rescheduled** to **May 4, 2011 at 10:30 a.m.** before the Honorable James Larson in Courtroom F,

15th Floor, 450 Golden Gate Avenue, San Francisco.   Accordingly, a joint case management statement

is due April 27, 2011.


Dated: March 11, 2011

                                   FOR THE COURT,
                                   Richard W. Wieking, Clerk

                              by:  _____
                                     Frank Justiliano
                                     Courtroom Deputy

**United States District Court**
For the Northern District of California