UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARDEN, | Case No.: 3:10-cv-00436 JL |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and Does 1 - 10 | |
| Defendants. | |

## ORDER

Pursuant to the parties' Stipulation Modifying Case Management Deadlines and Continuing Case Management Conference, and good cause appearing thereofor, IT IS HEREBY ORDERED that the case management deadlines in this action are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 03/31/2011 | 04/07/2011 |
| File CMC Statement | 04/27/2011 | 05/04/2011 |
| Motions Hearing Date | 06/08/2011 | 06/15/2011 |

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for May 4, 2011 at 11:00 a.m. is continued to May 11, 2011 at 11:00 a.m.

Dated: 4-4 , 2011

James Larson
United States Magistrate Judge

PAGE 1 OF [PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE

1  Submitted on March 31, 2011 by:

2  s/Charles Carreon
3  CHARLES CARREON, ESQ.
   2165 S. Avenida Planeta
4  Tucson, Arizona 85710
   Tel: 520-841-0835
5  Attorney for Plaintiff Gary Arden

PAGE 2 OF [PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE