# Chambers Copies
# Hon. James Larson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY ARDEN, | Case No.: 3:10-cv-00436 JL |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS LINARD DAVIS AND AIRPORT TRAVEL AGENCY, INC. |
| vs. | |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and Does 1 - 10 | |
| Defendants. | |

## ORDER

Pursuant to the parties' stipulation, defendants Linard Davis and Airport Travel Agency, Inc. are DISMISSED from the action with prejudice pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

Dated: 5-4, 2011

James Larson
United States Magistrate Judge

Submitted on May 3, 2011 by:

s/Charles Carreon
CHARLES CARREON, ESQ.
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney for Plaintiff Gary Arden

PAGE 1 OF [PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS LINARD DAVIS AND AIRPORT TRAVEL AGENCY, INC.