# Chambers Copies
# Hon. James Larson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARDEN, | Case No.: 3:10-cv-00436 JL |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and Does 1 - 10 | |
| Defendants. | |

### ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the case management deadlines in this action are modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Complete Expert Discovery | None Set | 06/12/2011 |
| File Dispositive Motions | None Set | 07/29/2011 |
| File CMC Statement | 05/04/2011 | 07/27/2011 |
| Motions Hearing Date | 06/15/2011 | 08/03/2011, 11:00 a.m. |

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for May 11, 2011 at 11:00 a.m. is continued to August 3, 2011.

Dated: _5 - 4_, 2011

James Larson
United States Magistrate Judge

PAGE 1 OF [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE

```
 1  Submitted on May 3, 2011 by:
 2  s/Charles Carreon
 3  CHARLES CARREON, ESQ.
    2165 S. Avenida Planeta
 4  Tucson, Arizona 85710
    Tel: 520-841-0835
 5  Attorney for Plaintiff Gary Arden
```

PAGE 2 OF [PROPOSED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE