**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                       415.522.2000

# REASSIGNMENT ORDER

**CASE NUMBER:**   C10-436JL
**CASE TITLE:**        ARDEN-V-KASTELL

IT IS ORDERED that this case is reassigned to the Honorable Nathanael Cousins, U.S. Magistrate Judge, for all further proceedings.

1. All future filings shall bear the initials **NC** immediately after the case number.

2. All future hearings shall be held in Courtroom A on the 15th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

3. Cases previously referred to an ADR process (at filing, by order of the previously assigned judge or by stipulation and order) shall proceed under the terms of the applicable ADR local rule. Dates for previously scheduled ADR telephone conferences shall remain in effect.

4. All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

5. All case management conference dates are VACATED and will be reset by the Court.

6. All law and motion hearing dates are VACATED and must be re-noticed by the moving party for a **Wednesday at 9:00 a.m.**

7. All pretrial conference and trial dates currently set for dates EARLIER than September 1, 2011, are VACATED. All discovery cutoff dates and other deadlines associated with the case shall remain in effect.

8. All pretrial conference and trial dates currently set ON OR AFTER September 1, 2011, as well as other deadlines associated with the case, shall remain in effect, unless and until otherwise ordered by the court.

In addition to the foregoing, Magistrate Judge Cousins ORDERS that within fifteen (15) days of the date of this order, the parties shall file a **Joint Case Management Conference Statement** (separate statements are appropriate if either party is proceeding without counsel). The Statement should not exceed ten (10) pages in length and should address the following items in the following order:

1. Date case was filed;
2. List or description of all parties;
3. Summary of all claims, counter-claims, cross-claims, third party claims;
4. Brief description of the event underlying the action;
5. Description of relief sought and damages claimed with an explanation as to how damages are computed;
6. Status of discovery (including any limits or cutoff dates);
7. Procedural history of the case including previous motions decided and/or submitted, ADR proceedings or settlement conferences scheduled or concluded, appellate proceedings pending or concluded, and any previous referral to a magistrate judge;
8. Other deadlines in place (before reassignment), including those for dispositive motions, pretrial conferences, and trials;
9. Any requested modification of these dates and reason for the request;
10. If there exists an immediate need for a case management conference to be scheduled in the action.

Date: July 7, 2011

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel
Transferor CSA