1  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: David A. Levy, Deputy (SBN 77181)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4756
4  Facsimile:  (650) 363-4034
   E-mail:  dlevy@smcgov.org
5
   Attorneys for Defendant
6  FRANK KASTELL

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GARY ARDEN,                        | Case No. C 10-0436 NC
12 |         Plaintiff,                  | **[PROPOSED] ORDER GRANTING DEFENDANT FRANK KASTELL'S MOTION FOR SUMMARY JUDGMENT**
13 |    vs.                              |
14 | FRANK KASTELL, et al.,              | **Date:        November 30, 2011**
   |                                     | **Time:        9:00 a.m.**
15 |         Defendants.                 | **Courtroom:   A, 15th Floor**

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 10-0436 NC
[PROPOSED] ORDER GRANTING DEFENDANT FRANK KASTELL'S MOTION FOR SUMMARY JUDGMENT

1 The Motion For Summary Judgment of defendant Frank Kastell came on regularly for hearing on November 30, 2011, at 9:00 a.m., before the Honorable Nathanael Cousins in the above-entitled Court. Plaintiff Gary Arden and Defendant Frank Kastell each appeared by and through their respective attorneys of record.

The Court, having reviewed the Motion and all papers filed in connection thereto, having heard the oral argument of the parties, and finding good cause existing therefor,

HEREBY ORDERS as follows:

1. No genuine issue of material facts exist as to the motions for summary judgment of defendant Frank Kastell.

2. Accordingly, the action is ordered dismissed as to defendant Frank Kastell.

**IT IS SO ORDERED.**

Dated: _____   _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Nathanael Cousins
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge