CHARLES CARREON (127139)
CHARLES CARREON, ESQ.
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Attorney for Plaintiff Gary Arden

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARDEN, | Case No.: 3:10-cv-00436 JL |
| Plaintiff, | DECLARATION OF CHARLES CARREON SUBMITTED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF FRANK KASTELL |
| vs. | |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, INC., and Does 1 - 10 | Date: November 30, 2011<br>Time: 9:00 a.m.<br>Courtroom: A, 15th Floor |
| Defendants. | |

### DECLARATION OF CHARLES CARREON

Charles Carreon declares:

**1.** I am a member of the bar of the State of California, admitted to practice in all state and federal courts of the state, and the attorney of record for plaintiff Gary Arden. I make this declaration in opposition to the motion for summary judgment of defendant Frank Kastell from personal knowledge, and based upon an informed review of relevant documents, and if called as a witness, I could and would so competently testify.

**2.** Attached hereto as Exhibit 1 is a true and correct copy of the Investigation Report prepared by Frank Kastell ("Kastell's Report").

**3.** Attached hereto as Exhibit 2 is a true and correct copy of the complaint initiating *People v. Gary Arden,* San Mateo County Superior Court Case No. NM383977A (the "Arden Criminal Case").

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the testimony given by Frank Kastell ("Kastell") on October 16, 2009 in *People v. Gary Arden,* San Mateo County Superior Court Case No. NM383977A.

5. Attached hereto as Exhibit 4 is the informal discovery request I sent to San Mateo County Deputy DA Kathleen Rogers who charged out the Arden Criminal Case, requesting, as the first item "All video recordings of the activities of Mr. Arden that lead to his being charged in this proceeding, including but not limited to all of his activities on February 2 and 3, 2009."

6. Attached hereto as Exhibit 5 is an email exchange between myself and DDA Tara Heumann, who inherited the Arden Criminal Case from Ms. Rogers, stating that she "sent this request [for the videos] to Detective Kastell on April 29, 2009, but have not received any further materials yet."

7. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint commencing *People v. Darren Toi Cheung et al.,* San Mateo County Superior Court Case No. NM382332B (the "Cheung Case").

8. Attached as Exhibit 7 are a series of documents that were produced by the San Mateo County Deputy District Attorney's Office ("SMDA") pursuant to subpoena for documents in its file regarding the Cheung Case, that show an exchange of discovery communications.

9. Attached as Exhibit 8 is a true and correct document produced by the SMDA pursuant to a subpoena for documents in its file regarding the Arden Criminal Case, that is an email exchange between DDA Sharron Lee and defendant Kastell. Lee's email is dated September 25, 2011, and states in relevant part:

> "I the mean time, can you please tell me who I can contact about the video surveillance. Our tech people have not been able to play it on any of our computers. I think at this point, it may be the software as opposed to the actual footage, but I can't confirm that until we can get the software running. What I' really like What I'd really like to know is whether it can be converted to some other

> media format like a wave doc. Can you please help me b/c I really need to get this sorted out before that 10/16 date.
> Thanks!
> Sharron"

Kastell's response is as follows:

> "Most of the cameras located at the airport are under the direction of Officer Ron Hill of the San Francisco Police.  His telephone number is 650-821-7055."

**10.** I was unable to view the SFO surveillance video that was available from February 2, 2009 and February 3, 2009 until I obtained the Endura Player software shortly before the October 16, 2009 hearing referenced above in paragraph 4.  My records show that a process server picked it up from the SMDA office on October 5, 2009, so I probably received it a couple of days later.

**11.**   Attached hereto as Exhibit 9 is a copy of a document created by San Francisco Police Department Officer Ron Hill, who ultimately provided the Endura Player software to DDA Lee, and reported to her that "The only video retained is the video already provided to Detective Kastell."  It further states that all other video from February 2, 2009 and February 3, 2009, had been recorded over two weeks after the initial recording.  Officer Hill couldn't remember when he gave Det. Kastell the video, or indeed, if he had even given it to him at all, as recorded in his deposition transcript, identified below.

**12.** Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition transcript of Ron Hill, who testified that the SFPD operates the SFO surveillance video system.

**13.** Attached hereto as Exhibit 11 is a true and correct copy of a "screencapture" of the "Properties" of the February 2, 2009 and February 3, 2009 SFO videos, showing that they were both initially recorded on 2/4/2009 at 3:23 p.m. and 3:37 p.m.

**14.** Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition transcript of Linard Davis.

**15.** Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the testimony given by Alla Serdyuchenko ("Serdyuchenko") on September 17, 2009 in *People v. Gary Arden,* San Mateo County Superior Court Case No. NM383977A.

**16.** Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the testimony given by Serdyuchenko on July 29, 2009 at the proceedings before ALJ A. Becerrill in California Unemployment Insurance Appeals Board hearing in *Arden v. Smarte Carte*.

**17.** Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of the deposition of Romeo Fernando.

**18.** Attached hereto as Exhibit 16 is a true and correct copy of the job description for Assistant Terminal Manager for Smarte Carte at SFO that was posted on the web by Smarte Carte in 2008 and 2009.

**19.** The Arden Criminal Case was terminated favorably to Arden in the following fashion. I had already moved to compel production of the surveillance videos, and finally received a viewable copy of the February 2nd and February 3rd Videos a few days before the October 16, 2009 suppression hearing that DDA Lee was referring to in her email of September 25, 2009, quoted above. Because the February 2nd and February 3rd Videos were entirely exculpatory, I obtained an Order requiring the SMDA to produce all video recordings from February 2nd and February 3rd showing Arden working near CMU 30. Shortly after the Court entered the Order, the SMDA disclosed that all of the remaining video from February 2nd and February 3rd had been recorded over, as recorded by Ron Hill in Exhibit 9. I then moved for dismissal of the case under the *Youngblood-Trombetta* doctrine, that would have required the trial judge to determine that the taped-over video was in fact exculpatory. In order to carry the burden of showing that the destroyed video would have been exculpatory, on November 20, 2009, I was present in court, ready to show Superior Court Judge Gerald Buchwald the February 2nd and February 3rd Videos. On the morning of November 20, 2009, when the hearing on Arden's *Youngblood-Trombetta* motion was to take place, the SMDA dismissed the action with prejudice. The docket, attached as Exhibit 17, reports that it was dismissed "in the interests of justice." A transcript of the hearing where Ms. Lee dismissed the action is attached as Exhibit 18, and well-conveys Judge Buchwald's bemusement at the surprising turn of events, that Ms. Lee attempted to finesse as a "failure to prosecute."

**20.** Attached as Exhibit 19 is a true and correct copy of an email from Ms. Lee to her boss Sean Gallagher, asking if she can help out "Smart Cart's attorneys," who are "heading into battle with the jerk defense attorney," by giving them "a copy of the airport video surveillance CD to their attorney Connie Norton who was cooperative with us during the [suppression motion]."  Miss Lee has thus displayed bias against Arden, and the Court should view with distrust her declaration attempting bolster Kastell's argument that he did not thing to keep the video from displaying proper.  Such testimony must be cross-examined to test for credibility, and Arden has never had the opportunity to cross-examine.  I personally avoided subpoenaing her personally, because Judge Larson had discouraged me from doing so by affirmatively stating that he wished to avoid depositions of prosecutors at one of the earliest of our numerous CMCs.s

**21.** Attached as Exhibit 20 is the expert declaration of Joe Solga, who will testify at trial regarding the causational effect of delivering false information to the prosecutor.  Mr. Solga, a cautious attorney who although possessed of many years of criminal practice, both as a defense attorney and a prosecutor, has for the first time in his career agreed to provide expert testimony, has cautiously couched his proposed testimony in the form of a hypothetical question, preferring to leave the judgment of factually disputed issues to the determination of the jury.  Mr. Solga will testify regarding the effect of Kastell's concealments and misrepresentations on the Ms. Lee and all of the other prosecutors, who were equally deprived of the opportunity to view the exculpating February 3rd and February 4th Videos, in causing and continuing the prosecution to proceed without probable cause.

      I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on this 31st day of October, 2011 at Tucson, Arizona.

                                _____s/Charles Carreon_____
                                                 Charles Carreon