1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARY ARDEN, | Case No. 10-cv-00436 NC |
| Plaintiff, | |
| v. | **ORDER RE: NOTICE OF UNTIMELY FILING** |
| FRANK KASTELL, LINARD DAVIS, AIRPORT TRAVEL AGENCY, INC., ALLA SERDYUCHENKO, RON BRIGHAM, SMARTE CARTE, Inc., and Does 1-10, | Re: Docket No. 75 |
| Defendants. | |

        Plaintiff Gary Arden has filed a Notice of Untimely Filing of the Declaration of

Charles Carreon in Opposition to Defendant's Motion for Summary Judgment (Dkt. No.

75). The Court finds that the reasons for the filing delay – length of exhibits and an

unknown technical error – are sufficient under Civil General Order 45 to consider timely

documents filed the next business day, November 1, 2011. *See* Gen. Order 45(VI)(e).

The Court also finds that the late filing, which was completed 12 minutes after the filing

deadline, has caused no prejudice.

        For good cause showing, the Court will take into consideration the Declaration of

Charles Carreon and attached Exhibits in support of Plaintiff's Opposition to Defendant's

1    Motion for Summary Judgment.

2

3           IT IS SO ORDERED.

4

5

6

7    DATED: November 2, 2011

8                                                   _____

9                                                   NATHANAEL M. COUSINS
                                                    United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10-cv-00436 NC
ORDER RE: NOTICE OF
UNTIMELY FILING                    2