1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7           **NORTHERN DISTRICT OF CALIFORNIA**

8              **SAN FRANCISCO DIVISION**

9

10   GARY ARDEN,                              Case No. 10-cv-00436 NC

11                     Plaintiff,
                                              **ORDER DENYING REQUEST**
12            v.                              **TO PRESENT SUR-REBUTTAL**

13   FRANK KASTELL, et al.,                   Re: Docket Nos. 78, 79

14                     Defendants.

15

16        The Court has considered Plaintiff's request for leave to present sur-rebuttal

17   evidence to certain evidence included in Defendant Frank Kastell's reply in support of

18   Defendant's motion for summary judgment.  Dkt. No. 78.  Plaintiff asserts that

19   submission of the expert report of Scott Seaman was, in fact, reply evidence calculated to

20   "surprise plaintiff and deprive him of the opportunity to rebut it." *Id.*  Defendant Kastell

21   claims that the Seaman Report was properly submitted in reply to the report of Plaintiff's

22   Expert, Joseph Solga., Esq.  Dkt. No. 79.

23        The Court will consider Plaintiff's objections to evidence filed under Civil L.R. 7-

24   3(d).  Plaintiff's request to file additional sur-rebuttal evidence, however, is DENIED.

25

26        IT IS SO ORDERED.

27        DATED: November 22, 2011

28                                            _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge

Case No. 10-cv-00436 NC
ORDER RE: SUR-REBUTTAL