**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GARY ARDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK KASTELL, et al.,<br><br>  Defendants. | Case No. 10-cv-00436 NC<br><br>**PRELIMINARY ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Docket No. 70 |

The Court preliminarily GRANTS Defendant's Motion for Summary Judgment. The Court will issue a final Order and Judgment shortly. The pre-trial conference scheduled for December 14, 2011, the trial scheduled for January 9, 2012, and all pre-trial filing deadlines are VACATED.

IT IS SO ORDERED.

DATED: December 8, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 10-cv-00436 NC
PRELIM. ORDER RE: MOTION FOR
SUMMARY JUDGMENT