IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ARDEN, | Case No. 3:10-cv-00436 NC |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| FRANK KASTELL, | |
| Defendant. | |

On March 1, 2014, plaintiff's counsel filed a request to appear telephonically at the case management conference set for March 19, 2014 at 2:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel must call the Court's courtroom deputy at 415.522.2039 in advance to provide the Court with a direct dial number for this appearance. Counsel must stand by beginning at the date and time above until called by the Court.

Dated: March 14, 2014

NATHANAEL COUSINS
United States Magistrate Judge