UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK KASTELL,<br><br>    Defendant. | Case No. 10-cv-00436 NC<br><br>**ORDER TO REMEDY DEFICIENCY AND SETTING BRIEFING SCHEDULE** |

The undersigned Magistrate Judge's trial standing order requires the parties to submit jointly a set of jury instructions no less than fourteen days before the pretrial conference. The parties have failed to file their jury instructions by the September 17 deadline. The parties must remedy this deficiency by September 29.

Additionally, the parties must file their motions in limine by September 25, with responses to be filed by September 29. No replies to be filed without leave of Court. The Court will hold a hearing on the motions in limine at the pretrial conference.

IT IS SO ORDERED.

Date: September 23, 2014

Nathanael M. Cousins
United States Magistrate Judge