1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

### SAN FRANCISCO DIVISION

10

11  GARY ARDEN,                                Case No. 10-cv-00436 NC

12              Plaintiff,                     **ORDER TO REMEDY DEFICIENCY**

13       v.

14  FRANK KASTELL,

15              Defendant.

16

17       The parties have failed to file their proposed jury instructions and any proposed voir

18  dire questions by the October 8 deadline as ordered by the Court. *See* Dkt. No. 129 at 2.

19  The parties must remedy this deficiency immediately and email an electronic copy of the

20  jury instructions and any proposed questions in Word format to ncpo@cand.uscourts.gov.

21       IT IS SO ORDERED.

22       Date: October 9, 2014

23                                             Nathanael M. Cousins
                                               United States Magistrate Judge

24
25
26
27
28