UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ARDEN, | Case No. 3:10-cv-00436 NC |
| Plaintiff, | **PROPOSED VERDICT FORM** |
| v. | |
| FRANK KASTELL, | |
| Defendant. | |

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did Frank Kastell act under color of state law?

Answer: Yes _____ No _____

If you answered "Yes" to Question (1), proceed to Question (2). If you answered "No," to Question (1), please skip to bottom, sign and return.

(2) Did Frank Kastell deliberately make a false statement in a police report in violation of Gary Arden's Fourteenth Amendment right to due process of law?

Answer: Yes _____ No _____

If you answered "Yes" to Question (2), proceed to Question (3). If you answered "No," to Question (2), please skip to bottom, sign and return.

Case No. 3:10-cv-00436 NC
VERDICT FORM

(3) Did Frank Kastell's act, described in Part (2) above, cause injury to Gary Arden?

Answer: Yes _____ No _____

If you answered "Yes" to Question (3), proceed to Question (4). If you answered "No," to Question (3), please skip to bottom, sign and return.

(4) State the amount that will fairly compensate Gary Arden for all the injury and damage he actually sustained as a result of Frank Kastell's conduct. If no damages are attributable to Frank Kastell, enter zero. If nominal damages are attributable to Frank Kastell, enter $1.

Answer: $ _____

(Fill in Dollar Figure)

SO SAY WE ALL, this ___ day of October, 2014.

_____
Presiding Juror

Case No. 3:10-cv-00436 NC
VERDICT FORM                    2