UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ARDEN,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK KASTELL,<br><br>        Defendant. | Case No. 10-cv-00436 NC<br><br>**VERDICT FORM** |

FILED

OCT 2 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

We, the jury, unanimously find the following by a preponderance of the evidence:

    (1) Did Frank Kastell deliberately make a false statement in a police report in violation of Gary Arden's Fourteenth Amendment right to due process of law?

    Answer: Yes _____ No ✓

If you answered "Yes" to Question (1), proceed to Question (2).

If you answered "No" to Question (1), please skip to bottom, sign and return.

    (2) Did Frank Kastell's act, described in Question (1) above, cause injury to Gary Arden?

    Answer: Yes _____ No _____

    (3) If you answered "Yes" to Question (2), enter the amount that will fairly compensate Gary Arden for all the injury and damage he actually sustained as a result of Frank Kastell's conduct. If you answered "No" to Question (2), you must award nominal damages by entering an amount not to exceed $1.00.

    Answer: $ _____

    (Fill in Dollar Figure)

SO SAY WE ALL, this 21 day of October, 2014.

_[signature]_
Presiding Juror

Case No. 10-cv-00436 NC
VERDICT FORM